UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Anthony Landolfi, Esquire
295 Bridgeton Pike
P.O. Box 111
Mantua, NJ  08051
856-468-5900
Attorney for Debtor

| | |
|---|---|
| In Re:<br><br>  JASON T. DEMPSTER,<br>                              Debtor(s) | Case No.:           22-16810<br><br>Judge:      Andrew B. Altenburg<br><br>Chapter:              13 |

| Recommended Local Form: | ☑ Followed      ☐ Modified |
|---|---|

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, _____Jason T. Dempster_____, upon my oath according to law, hereby certify as follows:

1.  The below information is being supplied for compliance with the Confirmation Hearing date on _____November 9, 2022_____.

2.  The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3.  The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4.      If the Confirmation hearing date stated in Paragraph 1 is adjourned for any

reason, an updated Certification will be filed with the Court prior to any

subsequent Confirmation hearing date in the event any of the information

contained in this Certification changes.


I certify under penalty of perjury that the foregoing is true and correct.


DATED: _November 2, 2022_                    _____
                                             Signature of Debtor


DATED: _____                 _____
                                             Signature of Joint Debtor


new.5/23/06;jml

2