UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ANTHONY LANDOLFI, ESQUIRE
Professional Services Building
295 Bridgeton Pike
PO Box 111
Mantua, NJ 08051
(856)468-5900
Attorney for Creditor

In Re:

    JASON T. DEMPSTER,

               Debtor.

Case No.:    22-16810

Chapter:    13

Hearing Date:    December 27, 2022

Judge:    Andrew B. Altenburg

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Anthony Landolfi, Esquire,

   ☒ am the attorney for: Debtor, Jason T. Dempster

   ☐ am self-represented

   Phone number: 856-468-5900 Ext. 102

   Email address: kathy@landolfilaw.com

2. I request an adjournment of the following hearing:

   Matter: Motion for Relief from Stay

   Current hearing date and time: 12/27/2022 10:00 AM

   New date requested: 01/10/2023

   Reason for adjournment request: Negotiating resolution, need more time to resolve.

3.    I request an adjournment of confirmation:

      Current confirmation date and time: _____

      New date requested: _____

      Reason for adjournment request: _____

      _____

      Confirmation has been adjourned _____ previous times

      Trustee payments are current through _____

      The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.    Consent to adjournment:

      ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below): _____

      _____

      _____

I certify under penalty of perjury that the foregoing is true.

Date: 12/26/2022                  /s/ Anthony Landolfi, Esquire
                                                                                      Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 1/10/23 @ 10 am          ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**