Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 22–16810–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jason T. Dempster
   aka Jason Todd Dempster
   404 Franklin Street
   Clayton, NJ 08312

Social Security No.:
   xxx–xx–9715

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:             August 18, 2023
Time:             09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*28* – Certification in Opposition to Trustee Certification of Default (related document:27 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 07/24/2023. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Anthony Landolfi on behalf of Jason T. Dempster. (Attachments: # 1 Exhibit Proof of Trustee Payment) (Landolfi, Anthony)

and transact such other business as may properly come before the meeting.


Dated: July 24, 2023
JAN: eag

                                                            Jeanne Naughton
                                                            Clerk