Printed on: 12/31/2024                                                                                          Page 1 of 2
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-16810 (ABA)

Jason T. Dempster
404 Franklin Street
Clayton, NJ  08312

Monthly Payment: $746.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/29/2024 | $746.00 | 03/04/2024 | $749.99 | 03/27/2024 | $746.00 | 04/29/2024 | $746.00 |
| 05/28/2024 | $746.00 | 06/27/2024 | $746.00 | 07/29/2024 | $746.00 | 08/27/2024 | $746.00 |
| 09/27/2024 | $746.00 | 10/28/2024 | $746.00 | 11/27/2024 | $746.00 | 12/30/2024 | $746.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JASON T. DEMPSTER | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANTHONY LANDOLFI, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | ARS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ALLY FINANCIAL | 24 | $396.67 | $285.16 | $111.51 | $38.84 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $389.22 | $0.00 | $389.22 | $0.00 |
| 4 | PREMIER BANKCARD, LLC | 33 | $387.30 | $0.00 | $387.30 | $0.00 |
| 5 | KOHLS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | MIDFIRST BANK | 24 | $56,413.27 | $40,551.24 | $15,862.03 | $5,522.65 |
| 7 | MONICA ACEVEDO | 15 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | REMEX INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | SYNCHRONY BANK | 33 | $319.62 | $0.00 | $319.62 | $0.00 |
| 10 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | Anthony Landolfi | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $963.88 | $0.00 | $963.88 | $0.00 |
| 14 | ALLY FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $452.18 | $0.00 | $452.18 | $0.00 |
| 16 | MIDFIRST BANK | 24 | $6,308.80 | $2,725.54 | $3,583.26 | $1,247.57 |
| 17 | MIDFIRST BANK | 13 | $538.00 | $538.00 | $0.00 | $538.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2022 | 4.00 | $0.00 |
| 01/01/2023 | Paid to Date | $31,980.00 |
| 02/01/2023 | 55.00 | $746.00 |
| 09/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $8,955.99 |
| Total paid to creditors this period: | $7,347.06 |
| Undistributed Funds on Hand: | $671.40 |
| Arrearages: | ($3.99) |
| Attorney: | ANTHONY LANDOLFI, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**