Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22–16810–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jason T. Dempster
aka Jason Todd Dempster
404 Franklin Street
Clayton, NJ 08312

Social Security No.:
xxx–xx–9715

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

on 8/18/26 at 10:00 AM

to consider and act upon the following:

*40* – Certification in Opposition to Creditor's Certification of Default (related document:39 Creditor's Certification of Default (related document:23 Order on Motion For Relief From Stay) filed by Matthew K. Fissel on behalf of MIDFIRST BANK. Objection deadline is 07/29/2026. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Anthony Landolfi on behalf of Jason T. Dempster. (Landolfi, Anthony)

Dated: 7/28/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court