UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Matthew Fissel, Esquire
KML Law Group, P.C.
A Professional Corporation incorporated in Pennsylvania
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 627-1322
mfissel@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

**Order Filed on September 4, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Jason T. Dempster aka Jason Todd Dempster,

Debtor

Case No.: 22-16810 ABA

Chapter: 13

Hearing Date: 8/18/2026 @ 10am

Judge: Andrew B. Altenburg Jr.

## ORDER RESOLVING CERTIFICATE OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 4, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

---

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Matthew Fissel, Esq. appearing, upon a certificate of default as to real property located at 404 Franklin Street, Clayton NJ 08312, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Anthony Landolfi, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of August 14, 2026, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due June 2026 through August 2026 for a total post-petition default of $4,749.09 (3 @ $2,148.95; less suspense $1,697.76); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $4,749.09 will be paid over nine months by Debtor remitting $527.68 per month for eight months and $527.65 for one month, which additional payments shall begin on September 1, 2026 until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume September 1, 2026, directly to Secured Creditor care of its servicer, MidFirst Bank, 999 North West Grand Blvd., Oklahoma City, OK 73118 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $250.00 for attorneys' fees which is to be paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certificate of Default is hereby resolved.