ANTHONY LANDOLFI, ESQUIRE, P.C.
Professional Services Building
295 Bridgeton Pike
PO Box 111
Mantua, N.J. 08051
(856)468-5900
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY, CAMDEN DIVISION

| | |
|---|---|
| In Re: | : **CASE NO:** 22-16810 (ABA) |
| Jason T. Dempster, | : **CHAPTER 13** |
| Debtor. | : |

**NOTICE OF WITHDRAWAL OF DOCUMENT NO. 46**

I, Anthony Landolfi, Attorney at Law of the State of New Jersey and the Attorney of record for the debtor in this case, hereby withdraws the Application for Compensation filed September 11, 2026 under Document No. 46.

Dated: September 17, 2026

*_/s/ Anthony Landolfi_*
Anthony Landolfi, Esquire