DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***
**Andrew B. Finberg, Esquire (AB 1574)**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

In Re:

**Jason T. Dempster**

Debtor(s)'

Case No. 22-16810 (ABA)

Judge: Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

**WHEREAS** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated, and good cause having been shown, and

**WHEREAS** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation.

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follows: Debtor's case be and is hereby allowed to continue at $64,061.99 total receipts applied to plan, then $799.00 per month for the remaining twelve (12) months, commencing September 1, 2026 for a total of sixty (60) months. Additionally, a pending fee application in the amount of $400.00 pending Court approval.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on November 9, 2022, remain in effect.

Anthony Landolfi, Esquire
Attorney for Debtor

Dated: 9-23-26

/s/Andrew B. Finberg
Andrew B. Finberg
Chapter 13 Standing Trustee

Dated: 9/24/2026