UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Anthony Landolfi, Esquire
Professional Services Building
295 Bridgeton Pike
P.O. Box 111
Mantua, New Jersey 08051
(856)468-5900
Attorney for Debtor

**Order Filed on September 25, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JASON T. DEMPSTER,

Debtor.

Case No.: 22-16810

Chapter: 13

Judge: Andrew B. Alter

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: September 25, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Anthony Landolfi, Esquire, the applicant, is allowed a fee of $ 400.00 for services rendered and expenses in the amount of $ 0.00 for a total of $ 400.00 . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ 796.00 per month for 12 months to allow for payment of the above fee.

*rev.8/1/15*